THE STATE OF OHIO, APPELLEE, *v.* LAWRENCE, APPELLANT.

[Cite as *State v. Lawrence* (1998), 83 Ohio St.3d 1207.]

(No. 97–2585—Submitted August 19, 1998—Decided September 16, 1998.)

*Maureen O'Connor,* Summit County Prosecuting Attorney, and *Paul Michael Maric,* Assistant Prosecuting Attorney, for appellee.

*James L. Burdon* and *John T. Martin,* for appellant.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.